IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CIMON LOVESS, | : | |
|     Plaintiff, | : | |
| v. | : | Civil Action No. GLR-19-3530 |
| WAKEFIELD & ASSOCIATES, INC., et al., | : | |
| | : | |
|     Defendants. | : | |

**<u>ORDER</u>**

Pending before the Court is Defendant CEP America, LLC's unopposed[1] Motion to Dismiss (ECF No. 13). Upon consideration of the Motion, the Court concludes that it is meritorious and well-founded. The Court will, therefore, grant the Motion and dismiss Defendant CEP America, LLC from suit.

Additionally, on March 23, 2020, the Court issued an Order directing Plaintiff Cimone Lovess to show cause within fourteen days why the Complaint should not be dismissed as to Defendant Wakefield & Associates, Inc. for failure to serve. To date, the Court has not received a response. As such, the Court will also dismiss Wakefield & Associates, Inc. as a Defendant.

Accordingly, it is this 7th day of April, 2020, by the United States District Court for the District of Maryland, hereby:

---

[1] CEP America, LLC filed its Motion on February 18, 2020. To date, the Court has no record that Plaintiff Cimone Lovess filed an Opposition. Accordingly, the Court treats the Motion as unopposed.

ORDERED that CEP America, LLC's unopposed Motion to Dismiss (ECF No. 13) is GRANTED; and

IT IS FURTHER ORDERED that CEP America, LLC and Wakefield & Associates, Inc. are TERMINATED as Defendants.

/s/
George L. Russell, III
United States District Judge