**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CIMON LOVESS,

    Plaintiff,

vs.                              **CASE NO. 1:19-cv-03530-GLR**

TRANS UNION, LLC et al.

    Defendants.

## NOTICE OF SETTLEMENT

Notice is hereby given that Plaintiff Cimon Lovess and Defendant Experian Information Solutions Inc., in the above-captioned case, have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

                                      Respectfully submitted,

                                      **CIMON LOVESS**

                                      _____/s/_____
                                      Jeffery W. Styles, Esq. (Bar # 20659)
                                      Washington Legal Group, LLC
                                      1666 K Street, NW, Suite 440
                                      Washington, DC 20006
                                      Tel: (202) 503-1708
                                      jstyles@washlegal.com

                                      *Attorney for Plaintiff*