UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| CIMON LOVESS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRANS UNION, LLC, )<br>)<br>AND )<br>)<br>EXPERIAN INFO. SOLS. INC., )<br>)<br>Defendants. )<br>)<br>) | CASE NO. 1:19-cv-03530 |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**

Plaintiff Cimon Lovess and Defendant Experian Information Solutions, Inc. (the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**Parties' Stipulation of Dismissal is hereby APPROVED this 4th day of January, 2021. Defendant Experian Information Solutions, Inc. is TERMINATED as a Defendant.**

_____/s/_____
**George L. Russell, III
United States District Judge**