UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)

| | |
|---|---|
| CIMON LOVESS,<br>      Plaintiff,<br><br>  vs.<br><br>WAKEFIELD & ASSOCIATES, INC.;<br>CEP AMERICA, LLC; TRANS UNION, LLC;<br>and EXPERIAN INFO. SOLS. INC.;<br>      Defendants. | CASE NO. 1:19-cv-03530-GLR |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Cimon Lovess ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date:  May 28, 2021

*/s/ Jeffrey W. Styles (with consent)*
Jeffrey W. Styles, Esq.
Washington Legal Group, LLC
1666 K Street, NW, Suite 440
Washington, DC  20006
Telephone: (202) 503-1708
E-Mail: jstyles@washlegal.com

*Counsel for Plaintiff Cimon Lovess*

Date:   May 28, 2021	/s/ Evan R. Rutter
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Evan R. Rutter, Esq. (814344)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com
           erutter@schuckitlaw.com

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **28th day of May, 2021**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Jeffrey W. Styles, Esq. | Syed Mohsin Reza, Esq. |
| --- | --- |
| jstyles@washlegal.com | mohsin.reza@troutmansanders.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **28th day of May, 2021** properly addressed as follows:

| None. | |
| --- | --- |

*/s/ Evan R. Rutter*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Evan R. Rutter, Esq. (814344)
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: rschuckit@schuckitlaw.com
erutter@schuckitlaw.com

*Counsel for Defendant Trans Union LLC*