IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CIMON LOVESS,<br>      Plaintiff,<br><br>vs.<br><br>WAKEFIELD & ASSOCIATES, INC.;<br>CEP AMERICA, LLC; TRANS UNION, LLC;<br>and EXPERIAN INFO. SOLS. INC.;<br>      Defendants. | CASE NO. 1:19-cv-03530-GLR |

**ORDER OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Cimon Lovess, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, it is this 1st day of June, 2021, hereby:

ORDERED that all claims of Plaintiff Cimon Lovess against Defendant Trans Union, LLC are DISMISSED, with prejudice. Plaintiff Cimon Lovess and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees; and

IT IS FURTHER ORDERED that because Trans Union, LLC was the sole remaining Defendant in this case, the Clerk shall CLOSE this case.

                                                                           /s/
                                          George L. Russell, III
                                          United States District Judge